

# NUMBER 13-13-00430-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GLORIA LONGORIA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam[1]

On August 5, 2013, relator, Gloria Longoria, filed a petition for writ of mandamus seeking to compel the trial court to withdraw an order granting summary judgment in favor of real party in interest, RG Options, LLC in a forcible detainer action on grounds the order is void. By motion for immediate temporary relief, relator sought to stay any writs of possession issued as a result of the void judgment. By order issued that same

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *see id.* R. 47.4 (distinguishing opinions and memorandum opinions).

day, this Court granted the motion for immediate temporary relief and stayed any writs of possession issued as a result of the summary judgment. The Court requested and received a response to the petition for writ of mandamus from real party in interest, RG Options, LLC.

The Court, having examined and fully considered the petition for writ of mandamus, the response thereto, and the applicable law, is of the opinion that relator has not established her right to the relief sought. *See, e.g., Harrell v. Citizens Bank & Trust Co.*, 296 S.W.3d 321, 326–27 (Tex. App.—Texarkana 2009, pet. dism'd); *Dormady v. Dinero Land & Cattle Co.*, 61 S.W.3d 555, 557–58 (Tex. App.—San Antonio 2001, pet. dism'd w.o.j.). Accordingly, the stay previously imposed by this Court is LIFTED. *See* Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The petition for writ of mandamus is DENIED. *See id.* 52.8(a).

PER CURIAM

Delivered and filed the 3rd
day of September, 2013.